The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANDMARK TECHNOLOGY A, LLC<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TOM BIHN, INC.,<br><br>　　　　　　　　　　　Defendants. | Civil Action No.  2:20-cv-00328-BJR<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

THIS MATTER is before the Court of the Unopposed Motion to Extend Time for Defendant to Respond to the Complaint.  Having considered the Motion and all pleadings and files herein, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.  The Court sets the following deadlines:

- Defendant's deadline to respond to Complaint – May 15, 2020 (Currently due April 15, 2020)
- Initial Disclosures Deadline – June 4, 2020 (Currently set for May 4, 2020)
- Joint Status Report – June 11, 2020 (Currently set for May 11, 2020)

DATED this 11th day of May, 2020.

*Barbara J. Rothstein*
_____
The Honorable Barbara J. Rothstein
United States District Court Judge

ORDER UNOPPOSED MOTION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT- 1
Case No. 2:20-cv-00328-BJR